AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__   District of   __ALABAMA, NORTHERN DIVISION__

LARRY STEPHENS AND DEBORA STEPHENS

**SUMMONS IN A CIVIL ACTION**

V.

STRONG BUILT, INC.

CASE NUMBER: 2:07CV128-ID

TO: (Name and address of Defendant)

STRONG BUILT, INC.
C/O KEN KILLEN
HIGHWAY 568
WATERPROUF, LOUISIANA 71375

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DENNIS R. WEAVER
WEAVER TIDMORE, LLC
200 CAHABA PARK CIRCLE, SUITE 214
BIRMINGHAM, ALABAMA 35242
(205) 980-6065

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE 2/13/07

SCANNED