IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| LARRY STEPHENS AND DEBORA STEPHENS,<br><br>    Plaintiffs,<br><br>vs.<br><br>STRONG BUILT, INC.,<br><br>    Defendants. | CIVIL ACTION NO. 2:07CV128-10 |

### REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on March 20, 2007, in Birmingham, Alabama, and was attended by:

Dennis R. Weaver on behalf of plaintiffs, Larry and Debora Stephens.

David A. Lee on behalf of defendant, Strong Built, Inc.

2. **Pre-discovery Disclosures**. The parties will exchange by **April 20, 2007** the information required by Local Rule 26.1(a)(1).

3. **Discovery Plan**. The parties jointly propose to the court the following discovery plan:

Discovery will be needed on the following subjects: **liability and damages.**

All discovery commenced in time to be completed by **April 30, 2008**.

Maximum of **30** interrogatories by each party to any other party. [Responses due **30** days after service.]

Maximum of **20** requests for admission by each party to any other party. [Responses due **30** days after service.]

Maximum of **7** depositions by plaintiffs and **7** depositions by defendant.

Reports from retained experts under Rule 26(a)(2) due:

   from plaintiffs by **January 31, 2008** ; and,
   from defendant by **February 29, 2008**;

Supplementations under Rule 26(e) due **March 28, 2008**.

4. **Other Items.**

 The parties **do request** a conference with the court before entry of the scheduling order.

 Plaintiffs should be allowed until **July 31, 2007** to join additional parties and until **July 31, 2007** to amend the pleadings.

 Defendant should be allowed until **August 31, 2007** to join additional parties and until **August 31, 2007** to amend the pleadings.

 All potentially dispositive motions should be filed by **May 30, 2008**.

 Settlement cannot be realistically evaluated prior to **April 30, 2008.**

 The parties **request** a final pretrial conference in **June, 2008**.

 The parties agree that this action is suitable for mediation under the Court's ADR plan.

 Final lists of trial evidence under Rule 26(a)(3) should be due:

   from plaintiffs: witnesses **30 days prior to trial**; exhibits **30 days prior to trial**; and,

   from defendant: witnesses **30 days prior to trial**; exhibits **30 days prior to trial**.

 Parties should have **7** days after service of final lists of trial evidence to list objections under Rule 26(a)(3).

 The case should be ready for trial by **September 1, 2008** and at this time is expected to take approximately **5 days.**

**DATED** this the 20th day of March, 2007.


/s/ Dennis R. Weaver  /s/ David A. Lee
Dennis R. Weaver  David A. Lee
Attorney for Plaintiffs  Attorney for Defendant