IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LARRY STEPHENS and DEBORA STEPHENS, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No.: 2:07CV128-10 |
| STRONG BUILT, INC.; | ) ) ) | |
| Defendants. | ) | |

## PLAINTIFFS' RULE 26.1(a)(1) PRE-DISCOVERY DISCLOSURES

COME NOW Plaintiffs, by and through counsel, and files this Rule 26.1(a)(1) initial disclosure as follows, to wit:

1. The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

RESPONSE:

Trey Taylor – owner of the property where the accident made the basis of Plaintiffs' Complaint occurred.
Ashbury Lane
Kent, Alabama

David Stephens – Plaintiff, Larry Stephens' uncle and owner of the treestand made the basis of Plaintiffs' Complaint.
127 Manning Circle
Tallassee, Alabama 36078

Debora Stephens – Plaintiff and wife of Larry Stephens
97 Manning Circle
Tallassee, Alabama 36078
(334) 283-1084

Larry W. Stephens – Plaintiff
97 Manning Circle
Tallassee, Alabama  36078
(334) 283-1084

Terry Stephens – Plaintiff, Larry Stephens' uncle who purchased the subject treestand as a gift for David Stephens.
Millbrook, Alabama

CARE Ambulance Service – Medical provider
1150 South Panama Street
Montgomery, Alabama  36107
(334) 262-2550

Tallassee Community Hospital - Medical provider
805 Friendship Road
Tallassee, Alabama  36107

Baptist Medical Center South – Medical provider
2105 E South Boulevard
Montgomery, Alabama  36116

Michael Freeman, MD – Medical provider
Southern Orthopaedic Surgeons
Post Office Box 250450
Montgomery, Alabama  36125

Maher Farrah, MD – Medical provider
805 Friendship Road
Tallassee, Alabama  36078

Tallassee Rehabilitation – Medical provider
1000 Friendship Road
Tallassee, Alabama  36107
(334) 283-8032

Apothecary – Medical provider
1409 Gilmer Avenue
Tallassee, Alabama  36078
(334) 283-3120

Rite Aid Pharmacy – Medical provider
10 Gilmer Avenue
Tallassee, Alabama  36078

CVS Pharmacy – Medical provider
460 Gilmer Avenue
Tallassee, Alabama 36078

<u>Bonners</u> – Medical provider
207 Gilmer Avenue
Tallassee, Alabama 36078

<u>ERMI, Inc.</u>- Medical provider
203 Rio Circle
Decatur, Georgia 30030
(404) 687-0505

2.  A copy of or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses unless solely for impeachment.

RESPONSE:

The treestand involved in the accident made the basis of Plaintiffs' Complaint is located at the offices of Weaver Tidmore, LLC, 200 Cahaba Park Circle, Suite 214, Birmingham, Alabama 35242.

Counsel for the plaintiff is in possession of photographs of the plaintiff's injuries, photographs of the subject treestand, and photographs of the accident scene all of which are available for inspection and copying.

**Medical Records and Billing**

Plaintiff has requested medical records and billing from the medical providers listed below but has not received a complete copy of the same at this time. However, Plaintiff has enclosed medical records and billing from CARE Ambulance, Michael Freeman, MD as well as medical records from Tallassee Community Hospital. Plaintiff reserves the right to supplement this response upon receipt of additional information.

<u>CARE Ambulance Service</u> – Medical provider
1150 South Panama Street
Montgomery, Alabama 36107
(334) 262-2550

<u>Tallassee Community Hospital</u>- Medical provider
805 Friendship Road
Tallassee, Alabama 36107

<u>Baptist Medical Center South</u> – Medical provider
2105 E South Boulevard
Montgomery, Alabama 36116

<u>Michael Freeman, MD</u> – Medical provider

Southern Orthopaedic Surgeons
Post Office Box 250450
Montgomery, Alabama 36125

Maher Farrah, MD – Medical provider
805 Friendship Road
Tallassee, Alabama 36078

Tallassee Rehabilitation – Medical provider
1000 Friendship Road
Tallassee, Alabama 36107
(334) 283-8032

Apothecary – Medical provider
1409 Gilmer Avenue
Tallassee, Alabama 36078
(334) 283-3120

Rite Aid Pharmacy – Medical provider
10 Gilmer Avenue
Tallassee, Alabama 36078

CVS Pharmacy – Medical provider
460 Gilmer Avenue
Tallassee, Alabama 36078

Bonners – Medical provider
207 Gilmer Avenue
Tallassee, Alabama 36078

ERMI, Inc.- Medical provider
203 Rio Circle
Decatur, Georgia 30030
(404) 687-0505

3.  A computation of any category of damages claimed by the disclosing party, making available for inspection, and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

RESPONSE:

Plaintiff seeks compensatory and punitive damages to be determined by a jury. Plaintiff also seeks lost wages and loss of earning capacity. These damages cannot be calcualated as it has yet to be determined if or when the plaintiff will be able to return to gainful employment. As

Plaintiff's medical treatment is ongoing, a complete computation of the special damages is unavailable at this time. As of the date of this response, Plaintiff has requested billing from the medical providers listed above but has not received the same. The following billing has been received and a copy attached hereto:

  Care Ambulance    $3,300.00

  Michael Freeman, MD  $17,745.00

Plaintiffs will supplement this response in a timely manner upon receipt of additional information.

  4.  For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

  RESPONSE: Health insurance coverage for Larry and Debora Stephens
        Blue Cross Blue Shield of Alabama
        Policy Number: XAA848012701
        Group Number: 02647

  Plaintiff reserves the right to supplement these disclosures as discovery continues and other information is obtained.

                /s/ Dennis R. Weaver
                _____
                DENNIS R. WEAVER (ASB-1287-V51D)

**OF COUNSEL:**
WEAVER TIDMORE, LLC
200 Cahaba Park Circle, Suite 214
Birmingham, Alabama 35242
Phone: 205-980-6065
Fax: 205-980-6165
E-mail: rweaver@weavertidmorelaw.com

## CERTIFICATE OF SERVICE

I, do hereby certify that I have this 20 day of April, 2007, served a true and correct copy of the foregoing by U.S. Mail, postage prepaid and by electronically filing the same through the CM/ECF system to:

David A. Lee, Esq.
Parsons, Lee & Juliano, PC
2801 Highway 280 South
300 Protective Center
Post Office Box 530630
Birmingham, Alabama 35223-2480
(205) 326-6600

/s/ Dennis R. Weaver
_____
OF COUNSEL