**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA,**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **LARRY STEPHENS AND DEBORA STEPHENS,** | ) | |
| | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 2:07CV128-10** |
| | ) | |
| **STRONG BUILT, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**MOTION FOR PROTECTIVE ORDER FOR RELEASE OF MEDICAL RECORDS**

Comes now the defendant, **Strong Built, Inc.,** by and through its attorney of record, and moves this Honorable Court for a protective order authorizing disclosure of protected health information pertaining to Mr. Larry stephens.  In support of this motion, the defendant submits the following:

1.      This is an action for personal injuries allegedly sustained by the plaintiff, Larry Stephens.

2.      The plaintiff alleges that because of his accident, he was required to obtain medical treatment and incurred medical bills as a result of said treatment.

3.      Because of the nature of this claim, the defendant needs access to the plaintiff's medical records and bills to evaluate his allegations, the extent of his injuries, the presence of pre-existing or subsequently developed medical conditions, and other information pertaining to the plaintiff's medical condition.

4.      Pursuant to the implementation of the Health Insurance Portability and

1

Accountability Act (HIPAA), health care providers may require the assurance of a protective order limiting disclosure of medical information pertaining to the plaintiff before responding to a subpoena or directive to produce medical records or bills.

WHEREFORE, PREMISES CONSIDERED, the defendant respectfully requests that the Court enter a protective order governing the dissemination of protected health information of the plaintiff.

/s/ David Lee
David A. Lee (LEE019)
ASB-3165-E47D
Attorney for Defendant

OF COUNSEL:
PARSONS, LEE & JULIANO, P.C.
300 Protective Center
2801 Highway 280 South
P. O. Box 530630 (35253-0630)
Birmingham, AL 35223-2480
(205) 326-6600

## CERTIFICATE OF SERVICE

   I hereby certify that I have served on this the   26th   day of <u>June,</u> 2007, a copy of the foregoing pleading via United States mail, postage prepaid and properly addressed on counsel for all parties as follows:

Dennis R. Weaver, Esq.
Weaver Tidmore, LLC
200 Cahaba Park Circle, Suite 214
Birmingham, Alabama 35242

             <u>/s/ David A. Lee     </u>
             OF COUNSEL