IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| LARRY STEPHENS AND DEBORA STEPHENS, ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | CIVIL ACTION NO. 2:07CV128-10 |
| STRONG BUILT, INC., ) ) | |
| Defendants. ) | |

## CONFLICT DISCLOSURE STATEMENT

Comes now the defendant, **Strong Built, Inc.**, and makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members, and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

1. Strong Built, Inc., Waterproof, LA.

2. StrongBuilt International, LLC, Waterproof, LA.

3. Mr. Kenneth Killen, Waterproof, LA.

4. Ms. Honda Killen, Waterproof, LA.

/s/ David A. Lee
David A. Lee (LEE019)
ASB-3165-E47D
Attorney for Defendant

**OF COUNSEL:**
PARSONS, LEE & JULIANO, P.C.
2801 Highway 280 South
300 Protective Center
Post Office Box 530630 (35253)
Birmingham, AL 35223-2480
(205) 326-6600

## CERTIFICATE OF SERVICE

      I hereby certify that on the 6th day of July, 2007, I have served a copy of the foregoing pleading via United States mail, postage prepaid and properly addressed on counsel for all parties as follows:

Dennis R. Weaver, Esq.
Weaver Tidmore, LLC
200 Cahaba Park Circle, Suite 214
Birmingham, Alabama 35242

                           /s/ David A. Lee
                           OF COUNSEL