IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **LARRY STEPHENS, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | CIVIL ACTION NO. 2:07CV128-10 |
| **STRONG BUILT, INC.,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF SERVICE OF DISCOVERY DOCUMENTS**

Comes now the defendant, **STRONG BUILT, INC.**, by and through its attorney, David A. Lee, and gives notice of filing the following discovery documents in the above-styled cause and serving a copy of same upon all attorneys of record.

- ☐ First Interrogatories to Plaintiff.
- ☐ Request for Production of Documents to Plaintiff.
- ☐ Request for Admissions.
- ☒ Notice of Taking Video Deposition of Debora Stephens.
- ☐ Responses to Request for Production.
- ☐ Answers to Interrogatories.
- ☐ Response to Request for Admissions.
- ☐ Other:

/s/ David A. Lee
David A. Lee  -  LEE019
Attorney for Defendant

PARSONS, LEE & JULIANO, P.C.
300 Protective Center
2801 Highway 280 South
Birmingham, AL 35223
(205) 326-6600 - Telephone
(205) 324-7097 - Facsimile

CERTIFICATE OF SERVICE

      I hereby certify that I have on this 13th day of November, 2007, electronically filed a copy of the foregoing pleading with the Court and served all counsel for all parties to this proceeding by U.S. Mail to:

Dennis R. Weaver, Esq.
Weaver Tidmore, LLC
300 Cahaba Park Circle, Suite 200
Birmingham, Alabama 35242

                                              /s/ David A. Lee
                                              OF COUNSEL