IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHEN DIVISION

| | |
|---|---|
| LARRY STEPHENS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:07cv128-10 |
| ) | |
| STRONG BUILT, ) | |
| ) | |
| Defendant, ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW LARRY STEPHENS, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [x] This party is an individual, or
- [ ] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                    Relationship to Party

_____                  _____

_____                  _____

_____                  _____

____12/6/07____                      _____[signature]_____
Date                                 Counsel Signature

LARRY STEPHENS
Counsel for (print names of all parties)

300 Cahaba Park Circle Suite 200
Birmingham, AL 35242
Address, City, State Zip Code

205-980-6065
Telephone Number

## CERTIFICATE OF SERVICE

I, do hereby certify that I have this 10th day of Dec., 2007, served a true and correct copy of the foregoing by U.S. Mail, postage prepaid and by electronically filing the same through the CM/ECF system to:

David A. Lee, Esq.
Parsons, Lee & Juliano, PC
2801 Highway 280 South
300 Protective Center
Post Office Box 530630
Birmingham, Alabama 35223-2480
(205) 326-6600

_____
OF COUNSEL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHEN DIVISION

| | |
|---|---|
| LARRY STEPHENS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CASE NO. 2:07cv128-10 |
| STRONG BUILT, | ) ) ) |
| Defendant, | ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW DEBORAH STEPHENS, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

12/6/07
Date

Counsel Signature

DEBORAH STEPHENS
Counsel for (print names of all parties)

300 Cahaba Park Circle Suite 200
Birmingham, AL 35242
Address, City, State Zip Code

205-980-6065
Telephone Number

## CERTIFICATE OF SERVICE

I, do hereby certify that I have this 10th day of December, 2007, served a true and correct copy of the foregoing by U.S. Mail, postage prepaid and by electronically filing the same through the CM/ECF system to:

David A. Lee, Esq.
Parsons, Lee & Juliano, PC
2801 Highway 280 South
300 Protective Center
Post Office Box 530630
Birmingham, Alabama 35223-2480
(205) 326-6600

_____
OF COUNSEL