IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| **LARRY STEPHENS AND DEBORAH STEPHENS,** | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CIVIL ACTION NO. 2:07CV128-ID ) |
| **STRONGBUILT, INC.,** | ) ) |
| Defendant. | ) |

## MOTION TO EXTEND DEADLINE TO NAME EXPERTS

Comes now the defendant, **STRONGBUILT, INC.**, and moves this Honorable Court to extend the defendant's deadline to name and identify expert witnesses from February 29, 2008 to March 14, 2008. This motion is based upon the following separate and several grounds:

1. The plaintiff is scheduled to take the pretrial discovery deposition of a corporate representative of the defendant, StrongBuilt, Inc., on February 29, 2008, which is the current deadline for the defendant to name and identify expert witnesses.

2. The defendant would like two additional weeks to disclose expert witnesses and provide appropriate reports from retained experts. The defendant needs this additional time so that its expert(s) can review and consider the deposition of the corporate representative of the defendant.

1

3. The plaintiff has no objection to the defendant having until March 14, 2008 to disclose experts pursuant to Section 7 of the Uniform Scheduling Order entered May 3, 2007.

4. Giving the defendant until March 14, 2008 to disclose expert witnesses will in no way prejudice the plaintiff and will not disrupt the Uniform Scheduling Order presently in place.

WHEREFORE, PREMISES CONSIDERED, the defendant, StrongBuilt, Inc., respectfully requests this Honorable Court to amend Section 7 of the Uniform Scheduling Order by giving the defendant until March 14, 2008 to disclose experts.

/s/ David Lee
David A. Lee (LEE019)
ASB-3165-E47D
Attorney for Defendant

OF COUNSEL:
PARSONS, LEE & JULIANO, P.C.
300 Protective Center
2801 Highway 280 South
P. O. Box 530630 (35253-0630)
Birmingham, AL 35223-2480
(205) 326-6600

## CERTIFICATE OF SERVICE

I hereby certify that I have served on this the  20th  day of February, 2008, a copy of the foregoing pleading via United States mail, postage prepaid and properly addressed on counsel for all parties as follows:

Dennis R. Weaver, Esq.
Weaver Tidmore, LLC
200 Cahaba Park Circle, Suite 214
Birmingham, Alabama 35242

/s/ David A. Lee
OF COUNSEL