IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LARRY STEPHENS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:07-CV-128-ID |
| | ) | |
| STRONG BUILT, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon CONSIDERATION of Defendant StrongBuilt, Inc.'s unopposed motion to extend deadline to name experts (Doc. No. 21), it is ORDERED that said motion be and the same is hereby GRANTED and that the expert disclosure deadline in Section 7 of the Uniform Scheduling Order (Doc. No. 9) be and the same is hereby EXTENDED to and including March 14, 2008, for Defendant.

DONE this 21st day of February, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE