IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY STEPHENS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | CIVIL ACTION NO. 2:07CV128-ID |
| STRONGBUILT, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**OBJECTION TO PLAINTIFFS' NOTICE OF TAKING VIDEO
30(b)(6) DEPOSITION**

Comes now the defendant, **STRONGBUILT, INC.**, and objects to the plaintiffs' 30(b)(6) deposition notice directed to **STRONGBUILT, INC.** Specifically, the defendant objects to the following:

1. The defendant objects to deposition subject matter number 1 to the extent that said requests seeks privileged and proprietary information. The defendant further objects on the ground that this request is overly broad and seeks information regarding tree stands other than the ladder stand that is the subject of this litigation.

2. The defendant objects to deposition subject matter number 2 on the ground that this request is overly broad. In addition, this request seeks information regarding tree and ladder stands that are unrelated to the stand that is the subject of this litigation.

3. The defendant objects to deposition subject matter number 3 on the ground that this request is overly broad and seeks information regarding tree and ladder stands that are not the subject of this litigation.

1

4.      The defendant objects to deposition subject matter number 4 to the extent that this request seeks privileged, confidential, and proprietary information pertaining to the product that is the subject of this litigation.

5.      The defendant objects to deposition subject matter number 5 on the grounds that this request is vague, ambiguous, and unclear.

6.      The defendant objects to deposition subject matter number 6 on the grounds that this request is vague, ambiguous, and unclear and is overly broad.

7.      The defendant objects to deposition subject matter number 7 to the extent that this request is overly broad.

8.      The defendant objects to deposition subject matter number 8 to the extent that this request is overly broad and pertains to products that are unrelated to the product involved in this litigation.  Objection on the further grounds that this request seeks information that may be privileged and confidential.

9.      The defendant has no objection deposition subject matter number 9.

10.     The defendant objects to deposition subject matter number 10 to the extent that this request is overly broad and seeks information pertaining to products other than the product that is the subject of this litigation.

11.     The defendant objects to deposition subject matter number 11 on the grounds that this request is overly broad and seeks information pertaining to products other than the product that is the subject of this litigation.

12. The defendant objects to deposition subject matter number 12 to the extent that it seeks information that calls for a legal conclusion or would invade the province of the jury.

13. The defendant objects to deposition subject matter number 13 to the extent that this request is overly broad and seeks information pertaining to products other than the product that is the subject of this litigation.

14. The defendant objects to deposition subject matter number 14 to the extent that this request is overly broad and seeks information pertaining to products other than the product that is the subject of this litigation.

15. The defendant objects to deposition subject matter number 15 to the extent that this request seeks information that may call for a legal conclusion or invade the province of the jury.

16. The defendant has no objection to deposition subject matter number 16.

17. The defendant has no objection to deposition subject matter number 17.

18. The defendant objects to deposition subject matter number 18 to the extent that this request seeks information that is not relevant or material to any issue involved in this litigation nor reasonably calculated to lead to the discovery of admissible evidence. Objection on the further ground that this request seeks privileged and confidential information pertaining to the defendant.

19. The defendant objects to deposition subject matter number 19 on the grounds that this request is overly broad, unduly burdensome, vague, and ambiguous.

20. The defendant objects to deposition subject matter number 20 to the extent that this request is vague and ambiguous.

21. The defendant objects to deposition subject matter number 21 to the extent that this request is overly broad and seeks information regarding products other than the product that is the subject of this litigation. Objection on the further grounds that this request seeks information that may be privileged and proprietary.

22. The defendant objects to the plaintiffs' deposition notice to the extent that it seeks testimony and documents that are overly broad, unduly burdensome, untimely, vague, ambiguous, privileged, confidential, proprietary, and irrelevant and immaterial to the issues in this litigation.

/s/ David A. Lee
David A. Lee (LEE019)
Attorney for Defendant

PARSONS, LEE & JULIANO, P.C.
300 Protective Center
2801 Highway 280 South
Birmingham, AL 35223
(205) 326-6600 - Telephone
(205) 324-7097 - Facsimile

**CERTIFICATE OF SERVICE**

     I hereby certify that I have served on this the 25th day of February, 2008, a copy of the foregoing pleading via United States mail, postage prepaid and properly addressed on counsel for all parties as follows:

Dennis R. Weaver, Esq.
Will Hassinger, Esq.
Weaver Tidmore, P.C.
300 Cahaba Park Circle, Suite 200
Birmingham, AL 35242

                                                /s/ David A. Lee
                                                OF COUNSEL