IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **LARRY STEPHENS, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | |
| ) | CIVIL ACTION NO. 2:07CV128-10 |
| **STRONG BUILT, INC.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## NOTICE OF FILING RULE 26 EXPERT REPORT

Comes now the defendant, **STRONGBUILT, INC.**, and gives the following notice:

1. The defendant has given counsel for the plaintiffs a written report dated March 1, 2008 from Mr. L. J. Smith, one of the expert witnesses for the defendant, and a copy of Mr. L. J. Smith's resume which outlines his education, training and experience.

Done this 6th day of March, 2008.

/s/ David A. Lee
David A. Lee  -  LEE019
Attorney for Defendant

PARSONS, LEE & JULIANO, P.C.
300 Protective Center
2801 Highway 280 South
Birmingham, AL 35223
(205) 326-6600 - Telephone
(205) 324-7097 - Facsimile

2

CERTIFICATE OF SERVICE

     I hereby certify that I have on this <u>6th</u> day of <u>March,</u> 2008, electronically filed a copy of the foregoing pleading with the Court and served all counsel for all parties to this proceeding by U.S. Mail to:

Dennis R. Weaver, Esq.
William Hassinger, Esq.
Weaver Tidmore, LLC
300 Cahaba Park Circle, Suite 200
Birmingham, Alabama 35242

                                              <u>/s/ David A. Lee</u>
                                              OF COUNSEL