IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| LARRY STEPHENS AND DEBORAH STEPHENS, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) CIVIL ACTION NO. 2:07CV128-ID |
| STRONGBUILT, INC., | ) ) ) |
| Defendant. | ) |

**MOTION TO ALLOW ADDITIONAL FACT WITNESS DEPOSITIONS**

Comes now the defendant, **STRONGBUILT, INC.**, and moves this Honorable Court for permission to re-depose witnesses Matt Stephens and Jaiton Stephens, and depose witness Dwight Jones. This motion is based upon the following separate and several grounds:

1. On April 17, 2008, the defendant took the deposition of the plaintiffs' retained expert, Dr. Raymond Thompson.

2. One of the issues in this case is whether the plaintiff was using a horizontal brace with the ladder stand at the time of the subject accident. The plaintiff testified that he was using the horizontal brace at the time of the accident. However, if you reassemble the stand today to achieve an inward deflection of the stand towards the tree, the bracket for the horizontal brace points away from the tree instead of towards the tree. Therefore, the horizontal brace would be of no value. (Dr. Raymond Thompson depo., pp. 55-58.)

1

3. Dr. Raymond Thompson has testified that the physical evidence has been altered since the moment of the accident. (Dr. Raymond Thompson depo., p. 76.) Dr. Thompson testified that he was told by counsel for the plaintiffs that the individuals who disassembled the stand had to bend the stand in the opposite direction in order to disassemble it. (Dr. Raymond Thompson depo., p. 61.) However, Dr. Thompson has not seen any statements or deposition testimony from anyone who disassembled the stand. (Dr. Raymond Thompson depo., p. 62.)

4. There is a dispute among the fact witnesses concerning who actually disassembled the ladder stand. For example, Jaiton Stephens testified that he and his cousin, Matt Stephens, removed the subject stand from the woods. (Jaiton Stephens' depo., p. 13.) Contrary to Jaiton Stephens' testimony, Matt Stephens testified that he did not retrieve the subject stand out of the woods. (Matt Stephens' depo., p. 19.) Jaiton Stephens also testified that a gentlemen by the name of Dwight Jones was present when some post-accident photographs were taken two or three days after the accident. (Jaiton Stephens' depo., p. 11.)

5. The issue of whether the horizontal brace was being used by the plaintiff at the time of the subject accident is an important issue in this case. In addition, the plaintiffs' expert has recently suggested (April 17, 2008) that the physical evidence in this case has been altered since the moment of the accident. Obviously, the defendants would like to discover how physical evidence has been altered.

6. The defendant would like to re-depose witnesses Jaiton Stephens and Matt Stephens on the issue of how the subject stand was disassembled following the accident and what alterations, if any, they made to the physical evidence following the

accident. In addition, the defendant would like to depose witness Dwight Jones to determine what involvement, if any, he had with photographing the physical evidence immediately following the accident and disassembling the subject stand.

7.  The defendant submits that this is relevant and material evidence that should be considered by the defense experts prior to their scheduled depositions on May 9, 2008.

WHEREFORE, PREMISES CONSIDERED, the defendant, StrongBuilt, Inc., respectfully requests this Honorable Court for permission to re-depose witnesses Jaiton Stephens and Matt Stephens and depose witness Dwight Jones.

/s/ David Lee
David A. Lee (LEE019)
ASB-3165-E47D
Attorney for Defendant

OF COUNSEL:
PARSONS, LEE & JULIANO, P.C.
300 Protective Center
2801 Highway 280 South
P. O. Box 530630 (35253-0630)
Birmingham, AL 35223-2480
(205) 326-6600

**CERTIFICATE OF SERVICE**

     I hereby certify that I have served on this the <u>1st</u> day of May, 2008, a copy of the foregoing pleading via United States mail, postage prepaid and properly addressed on counsel for all parties as follows:

Dennis R. Weaver, Esq.
Weaver Tidmore, LLC
200 Cahaba Park Circle, Suite 214
Birmingham, Alabama 35242

                                      /s/ David A. Lee
                                      OF COUNSEL