IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY STEPHENS and <br> DEBORAH STEPHENS, | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | )   2:07-CV-128-ID-TFM <br> ) |
| STRONG BUILT, INC., | ) <br> ) |
| Defendant. | ) |

# **ORDER**

Upon consideration of Defendant's *Motion To Allow Additional Fact Witness Depositions* (Doc. #32; May 1, 2008), it is hereby

**ORDERED** that **Plaintiffs file a response by May 7, 2008** to show any cause why the motion should not be granted.

Done this 2nd day of May, 2008.

/s/ Terry F. Mooer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE