IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| LARRY STEPHENS AND DEBORAH STEPHENS, ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | CIVIL ACTION NO. 2:07CV128-ID |
| STRONGBUILT, INC., ) ) | |
| Defendant. ) | |

**OBJECTION TO PLAINTIFFS' MOTION TO NAME ADDITIONAL EXPERT**

Comes now the defendant, **STRONGBUILT, INC.**, and objects to the plaintiffs' motion filed May 5, 2008 to name an out-of-time expert. This objection is based upon the following separate and several grounds:

1. Pursuant to the Uniform Scheduling Order entered by Judge Ira DeMent on May 3, 2007, the deadline for the plaintiffs to identify expert witnesses and provide expert reports was January 31, 2008.

2. The plaintiffs did not disclose any "life-care planning expert" prior to January 31, 2008 and did not request an extension of time to name or identify any expert witnesses.

3. Because the plaintiffs have not retained a life-care expert, the defendant did not retain one either.

1

4. The defendant submits that it would be unduly prejudicial to allow the plaintiffs to name a life-care expert or any other expert on the issue of damages at this late date.

WHEREFORE, PREMISES CONSIDERED, the defendant, StrongBuilt, Inc., respectfully requests this Honorable Court to overrule and deny the plaintiffs' request to name an out-of-time expert on the issue of damages.

/s/ David Lee
David A. Lee (LEE019)
ASB-3165-E47D
Attorney for Defendant

OF COUNSEL:
PARSONS, LEE & JULIANO, P.C.
300 Protective Center
2801 Highway 280 South
P. O. Box 530630 (35253-0630)
Birmingham, AL 35223-2480
(205) 326-6600

## CERTIFICATE OF SERVICE

I hereby certify that I have served on this the 8TH day of May, 2008, a copy of the foregoing pleading via United States mail, postage prepaid and properly addressed on counsel for all parties as follows:

Dennis R. Weaver, Esq.
Weaver Tidmore, LLC
200 Cahaba Park Circle, Suite 214
Birmingham, Alabama 35242

/s/ David A. Lee
OF COUNSEL