IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LARRY STEPHENS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cv-128-ID-TFM |
| | ) | |
| STRONG BUILT, INC., | ) | |
| | ) | |
| Defendant . | ) | |

## **ORDER**

The Court inadvertently termed the Order granting the *Motion to Allow Additional Fact Witness Depositions* (Doc. 32, filed May 1, 2008) as a Protective Order. As such, the Order is **VACATED**. A corrected order will be entered separately.

DONE this 8th day of May, 2008.

       /s/ Terry F. Moorer
       TERRY F. MOORER
       UNITED STATES MAGISTRATE JUDGE