IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY STEPHENS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 2:07-CV-128-ID |
| ) | |
| STRONG BUILT, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon careful CONSIDERATION of Plaintiffs' Motion to Allow Plaintiffs' Designation of an Out-of-Time Expert Witness (Doc. 34, filed May 5, 2008), it is ORDERED that said Motion be and the same is hereby DENIED.

DONE this 12th day of May, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE