**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA,**
**NORTHERN DIVISION**

| | |
|---|---|
| **LARRY STEPHENS AND DEBORAH STEPHENS,** | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) **CIVIL ACTION NO. 2:07CV128-ID** |
| **STRONGBUILT, INC.,** | ) ) ) |
| Defendant. | ) |

## MOTION FOR SUMMARY JUDGMENT

Comes now the defendant, **STRONGBUILT, INC.**, pursuant to Rule 56 of the Federal Rules of Civil Procedure, and moves this Honorable Court to enter a summary judgment in its favor with respect to each and every claim in this lawsuit on the grounds that there are no genuine issues of material fact and the defendant is entitled to a judgment as a matter of law. In support of this motion, the defendant relies upon the following:

1. Evidentiary submission in support of motion for summary judgment.

2. Memorandum brief in support of motion for summary judgment.

Wherefore, premises considered, the defendant respectfully requests this Honorable Court to enter a summary judgment in its favor with respect to each and every claim of the plaintiffs and to dismiss with prejudice all claims in this case.

/s/ David Lee
David A. Lee (LEE019)
ASB-3165-E47D
Attorney for Defendant

OF COUNSEL:
PARSONS, LEE & JULIANO, P.C.
300 Protective Center
2801 Highway 280 South
P. O. Box 530630 (35253-0630)
Birmingham, AL 35223-2480
(205) 326-6600

## CERTIFICATE OF SERVICE

I hereby certify that I have served on this the 30th day of May, 2008, a copy of the foregoing pleading via United States mail, postage prepaid and properly addressed on counsel for all parties as follows:

Dennis R. Weaver, Esq.
William H. Hassinger, Esq.
Weaver Tidmore, LLC
200 Cahaba Park Circle, Suite 214
Birmingham, Alabama 35242

/s/ David A. Lee
OF COUNSEL

2