IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY STEPHENS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 2:07-CV-128-ID |
| ) | |
| STRONG BUILT, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon CONSIDERATION of Defendant's Motion to Preclude Certain Opinions of the Plaintiffs' Retained Expert, Dr. Raymond Thompson, filed May 30, 2008 (Doc. No. 41), it is ORDERED that Plaintiffs show cause, if any there be, on or before June 17, 2008, why said Motion should not be granted**.**

Done this 3rd day of June, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE