**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

# NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style:** Stephens et al v. Strong Built, Inc.

**Case Number:** 2:07-cv-00128-ID

Referenced Pleading - Evidentiary Submission re 47 BRIEF/MEMORANDUM in Opposition ment  - **Doc. 48**

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice.  Please see the correct PDF documents to this notice.**

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY STEPHENS and DEBORA STEPHENS, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No.: 2:07CV128-10 ) |
| STRONG BUILT, INC.; | ) ) ) |
| Defendants. | ) |

**PLAINTIFF'S EVIDENTIARY SUBMISSION IN SUPPORT OF PLAINTIFF'S REPSONSE TO DEFENDANT'S MOTION TO PRECLUDE AND MOTION FOR SUMMARY JUDGMENT**

1. Exhibit 1- Depo of Larry Stephens, p.37, 89-91.
2. Exhibit 2- Depo Dwight Jones, p. 36, 53.
3. Exhibit 3- Depo Ken Killen 8,16-19,21,36,38,48, 73,74.
4. Exhibit 4- Depo Jaiton Stephens pp. 16,17.
5. Exhibit 5- Depo David Stephens p. 100.
6. Exhibit 6-Depo LJ Smith- 12,13, 22-25, 47,50,51,55
7. Exhibit 7-Depo Ellis Sisk- 27,31, 34,39.
8. Exhibit 8-Depo Raymond Thompson- 161,165-166, 169, 170, 172,174-175, 187,192,193.
9. Exhibit 9- Expert Report of Raymond Thompson.
10. Exhibit 10-Calculations performed by Raymond Thompson.
11. Exhibit 11- Structural Welding Code, used by Raymond Thompson.
12. Exhibit 12-Mechinical Engineering Design, Sixth Edition, used by Raymond Thompson.
13. Exhibit 13-Hollow Structural Sections-Dimensions and Section Properties, used by Dr. Raymond Thompson.

14. Exhibit 14- Standard Test Method for Tree Stand Repetitive Loading Capability, used by Dr. Raymond Thompson.
15. Exhibit 15- US Consumer Product Safety Commission Voluntary Standards on Hunting Treestands, used by Dr. Thompson.
16. Exhibit 16- Technical Qualifications and Resume of Dr. Raymond Thompson.

/s/ Dennis R. Weaver

---

Dennis R. Weaver
Attorney for Plaintiffs

<u>Of Counsel</u>:
Weaver Tidmore, LLC
300 Cahaba Park Circle
Suite 200
Birmingham, AL 35243

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **LARRY STEPHENS and DEBORA STEPHENS,** )<br>)<br>) | |
| **Plaintiffs,** ) | |
| v. ) | Civil Action No.:2:07CV128-10 |
| **STRONG BUILT, INC.;** ) | |
| **Defendants.** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the Plaintiffs' Evidentiary Submission together with Exhibits 1 through 16; Plaintiff's Memorandum Brief in Opposition to Defendant Strongbuilt, Inc.'s Motion to Preclude Certain Opinions of Plaintiffs' Expert Witness for Failure to Satisfy the *Daubert* Standard; and, Plaintiffs' Memorandum Brief in Opposition to Defendant Strongbuilt, Inc.'s Motion for Summary Judgment to the following:

David A. Lee, Esq.
Parsons, Lee & Juliano, P.C.
2801 Highway 280 South
300 Protective Center
P. O. Box  530630
Birmingham, AL 35223-2480
(205) 326-6600

/s/ DENNIS R. WEAVER

---

DENNIS R. WEAVER
Attorney for Plaintiffs

<u>OF COUNSEL</u>:
Weaver Tidmore LLC
300 Cahaba Park Circle
Suite 200
Birmingham, AL 35242
(205) 980-6065
(205) 980-6165
rweaver@weavertidmorelaw.com