**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA,**
**NORTHERN DIVISION**

| | |
|---|---|
| **LARRY STEPHENS AND DEBORAH STEPHENS,** | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| **STRONGBUILT, INC.,** | ) ) |
| Defendant. | ) |

CIVIL ACTION NO. 2:07CV128-ID

### REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO PRECLUDE CERTAIN OPINIONS OF THE PLAINTIFFS' RETAINED EXPERT

Comes now the defendant, **STRONGBUILT, INC.**, and replies to the plaintiffs' memorandum brief in opposition to defendant's motion to preclude certain opinions of the plaintiffs' retained expert, Dr. Raymond Thompson, as follows:

The defendant has carefully reviewed the plaintiffs' opposition to the defendant's motion to preclude. With all due respect to Dr. Raymond Thompson's academic resume and the plaintiffs' opposition brief, Dr. Raymond Thompson is not, by any stretch of the imagination, a hunting ladder stand expert.

The product involved in this lawsuit is a hunting ladder stand. Dr. Thompson has no experience whatsoever with the product involved in this litigation. As pointed out in the defendant's motion to preclude, which is not contested by the plaintiffs, Dr. Thompson has never: (1) designed a ladder stand, (2) manufactured a ladder stand, (3) consulted with a company that has manufactured or designed a ladder stand, (4)

worked for a company that has ever designed or manufactured a ladder stand, (5) owned a ladder stand, (6) hunted out of a ladder stand, (7) tested a ladder stand, (8) attended any seminars on hunting safety or on ladder stands, (9) performed any welding on a ladder stand, (10) developed a weld design for a ladder stand, (11) assembled a ladder stand, (12) compared this ladder stand with ladder stands manufactured by other manufacturers, (13) performed any tests on this ladder stand, (14) served as an expert witness in any other ladder stand case, or (15) given a deposition or testified in court in a hunting ladder stand accident.

Moreover, Dr. Thompson admittedly *is* *not* a hunter, a hunting accident reconstruction expert, or a human factors expert. In addition, he is not a certified welder or a certified weld inspector.

Respectfully, Dr. Raymond Thompson is not competent or qualified to express any opinions with respect to the proper design and manufacture of a hunting ladder stand in general or with respect to the product that is the subject of this litigation. In addition, he is not competent or qualified to express any opinions with regard to the habits of hunters or the foreseeable misuses of the subject product.

The defendant respectfully requests this Honorable Court to enter an order precluding any opinions of Dr. Raymond Thompson with regard to improper design and manufacture of the subject product, defectiveness of the subject product, and foreseeable misuses of the subject product.

/s/ David Lee
David A. Lee (LEE019)
ASB-3165-E47D
Attorney for Defendant

OF COUNSEL:
PARSONS, LEE & JULIANO, P.C.
300 Protective Center
2801 Highway 280 South
P. O. Box 530630 (35253-0630)
Birmingham, AL 35223-2480
(205) 326-6600

## CERTIFICATE OF SERVICE

  I hereby certify that I have served on this the 12th day of June, 2008, a copy of the foregoing pleading via United States mail, postage prepaid and properly addressed on counsel for all parties as follows:

Dennis R. Weaver, Esq.
William H. Hassinger, Esq.
Weaver Tidmore, LLC
200 Cahaba Park Circle, Suite 214
Birmingham, Alabama 35242

              /s/ David A. Lee
              OF COUNSEL