IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LARRY STEPHENS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:07-CV-128-ID |
| | ) | |
| STRONG BUILT, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

The court has been orally advised that the parties in this lawsuit have reached a settlement. Accordingly, it is CONSIDERED and ORDERED that the parties file a joint stipulation of dismissal on or before August 15, 2008.

Done this 4th day of August, 2008.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE