IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| LARRY STEPHENS AND DEBORAH STEPHENS, ) ) ) Plaintiffs, ) ) vs. ) ) STRONGBUILT, INC., ) ) Defendant. ) | CIVIL ACTION NO. 2:07CV128-ID |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Come now the plaintiffs, **LARRY STEPHENS and DEBORA STEPHENS** and the defendants, **STRONGBUILT, INC.,** by and through their attorneys of record, and jointly move the Court to enter an order dismissing all claims in this lawsuit with prejudice, parties to bear their own costs and expenses.

Done this 18th day of August, 2008.

/s/ William H. Hassinger, IV
William H. Hassinger, IV, Esq.
Attorney for Plaintiffs
WEAVER TIDMORE, LLC
300 Cahaba Park Circle, Suite 200
Birmingham, AL 35242
(205) 980-6065

/s/ David A. Lee
David A. Lee, Esq.
Attorney for Defendants
PARSONS, LEE & JULIANO, P.C.
P. O. Box 530630
Birmingham, AL 35253-0630
(205) 326-6600